IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

CHINICO DAVENPORT,

                                Plaintiff,

v.                                         Civil Action Number 3:07CV595

RICHFOOD, et al.,

                               Defendants.

## ORDER

THIS MATTER comes before the Court on Defendants' Motion for Summary Judgment or, in the alternative, Motion to Dismiss and Compel Arbitration (**Dkt. No. 8**), Motion to Compel Discovery (**Dkt. No. 11**), Motion for Expedited Hearing on Defendants' Motion to Compel Discovery (**Dkt. No. 13**), Motion to Withdraw Motion to Compel Discovery (**Dkt. No. 37**), and Defendant SuperValu's Motion for Leave to File Counterclaim (**Dkt. No. 31**). For the reasons expressed in the accompanying Memorandum Opinion, the Court hereby DENIES Defendants' Motion for Summary Judgment, or in the alternative, Motion to Dismiss and Compel Arbitration and Defendant SuperValu's Motion for Leave to File Counterclaim. The Court GRANTS Defendants' Motion to Withdraw Motion to Compel Discovery. Accordingly, the Court hereby DISMISSES Defendants' Motion to Compel Discovery and Motion to Expedite Hearing on Defendants' Motion to Compel Discovery.

Let the Clerk send a copy of this Order and the accompanying Memorandum Opinion to counsel of record.

It is SO ORDERED.

/s/
James R. Spencer
Chief United States District Judge

Entered this   13th   day of June 2008